FILED: August 4, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1938
(1:25-cv-02114-BAH)

_____

CITY OF COLUMBUS; MAYOR AND CITY COUNCIL OF BALTIMORE; CITY OF CHICAGO; DOCTORS FOR AMERICA; MAIN STREET ALLIANCE

   Plaintiffs - Appellees

v.

ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the United States Department of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES; MEHMET C. OZ, in his official capacity as Administrator of the Centers for Medicare and Medicaid Services; CENTERS FOR MEDICARE & MEDICAID SERVICES

   Defendants - Appellants

_____

O R D E R

_____

Upon consideration of the consent motion to expedite appeal, the court grants the motion. Briefing shall proceed on the following schedule:

Brief (Response) due: September 1, 2026

Brief (Reply) (if any) due: September 18, 2026.

The case shall be scheduled for oral argument during the October 2026 term.

For the Court

/s/ Nwamaka Anowi, Clerk