No. 26-1938

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

CITY OF COLUMBUS, *et al.*,

*Plaintiffs-Appellees*,

v.

ROBERT F. KENNEDY, JR., *et al.*,

*Defendants-Appellants.*

**UNOPPOSED MOTION FOR LEAVE TO FILE A BRIEF *AMICI CURIAE* IN SUPPORT OF PLAINTIFFS-APPELLEES AND AFFIRMANCE OF THE DISTRICT COURT'S SUMMARY JUDGMENT ORDER**

The proposed *amici* are individuals enrolled in ACA Marketplace coverage—Kenny Capps, Raven Bonniwell, Kiernan McGowan, Victoria Baggot, Jason Piperberg, Bianca Mahmood, Jacob Margolin, Nicholas Vaughan, and Mariah Adeeko—and the following organizations: Robert Wood Johnson Foundation, American Cancer Society, American Cancer Society Cancer Action Network, Blood Cancer United, Legal Council for Health Justice, AiArthritis, American Lung Association, Families USA, Muscular Dystrophy Association, National Multiple Sclerosis Society, and National Health Law Program.

The proposed *amici* respectfully move for leave to file a brief in support of Plaintiffs-Appellees and affirmance of the District Court's Summary Judgment Order. A copy of the proposed brief is attached to this motion.

Although each *amicus* has its own particular interests, the ability of people to obtain and maintain quality, affordable health care coverage through the Affordable Care Act (ACA) is essential to all of them. As such, *amici* have an interest in the Final Rule being challenged in this case, U.S. Department of Health and Human Services (HHS) Final Rule, Patient Protection and Affordable Care Act; Marketplace Integrity and Affordability, 90 Fed. Reg. 27,074 (June 25, 2025). The Final Rule's changes will raise health care costs for millions of families and introduce significant barriers to coverage that will make health care inaccessible for millions of people.

*Amici* have insights that are relevant to the Court. Their brief provides background on the ACA and then shares stories of people who depend on affordable Marketplace coverage. *Amici* hope these snapshots will provide the Court with helpful insights into how the Final Rule will affect individuals and communities. The brief does not duplicate the parties' arguments.

Pursuant to Local Rule 27(a), *amici* notified counsel for the parties to the appeal of our intent to file the *amicus* brief. All parties have consented to the granting of this motion.

For the foregoing reasons, the motion for leave to file an *amicus* brief should be granted.

Dated: September 8, 2026

Respectfully submitted,

/s/ *Martha Jane Perkins*
Martha Jane Perkins
NATIONAL HEALTH LAW PROGRAM
1512 E. Franklin St., Suite 110
Chapel Hill, NC 27514
Tel: (919) 968-6308
perkins@healthlaw.org

*Counsel for Amici Curiae*

**CERTIFICATE OF COMPLIANCE**

I hereby certify that this motion complies with the requirements of Fed. R. App. P. 27(d))(E) and 32(a)(6) because it has been prepared in proportionally spaced font. It is in 14-point Times New Roman. I certify that the foregoing motion complies with the requirements of Fed. R. App. P. 27(d)(2)(A); the total number of words in this motion is 316 according to the count of Microsoft Word.

/s/ *Martha Jane Perkins*
Martha Jane Perkins