FILED: September 9, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-1938
(1:25-cv-02114-BAH)

---

CITY OF COLUMBUS; MAYOR AND CITY COUNCIL OF BALTIMORE; CITY OF CHICAGO; DOCTORS FOR AMERICA; MAIN STREET ALLIANCE

Plaintiffs - Appellees

v.

ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the United States Department of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES; MEHMET C. OZ, in his official capacity as Administrator of the Centers for Medicare and Medicaid Services; CENTERS FOR MEDICARE & MEDICAID SERVICES

Defendants - Appellants

------------------------------

CITY OF NEW YORK; NYC HEALTH + HOSPITALS; COUNTY OF SANTA CLARA, CA; SIX OTHER LOCAL JURISDICTIONS; NATIONAL HEALTH LAW PROGRAM; KENNY CAPPS; RAVEN BONNIWELL; KIERNAN MCGOWAN; VICTORIA BAGGOT; JASON PIPERBERG; BAINCA MAHMOOD; JACOB MARGOLIN; NICHOLAS VAUGHAN; MARIAH ADEEKO; ROBERT WOOD JOHNSON FOUNDATION; AMERICAN CANCER SOCIETY; AMERICAN CANCER SOCIETY CANCER ACTION NETWORK; BLOOD CANCER UNITED; LEGAL COUNCIL FOR HEALTH JUSTICE; AIARTHRITIS; AMERICAN LUNG ASSOCIATION; FAMILIES USA; MUSCULAR DYSTROPHY ASSOCIATION; NATIONAL MULTIPLE SCHLEROSIS SOCIETY; ECONOMISTS AND SCHOLARS OF HEALTH POLICY; CALIFORNIA; NEW JERSEY; ARIZONA; COLORADO;

CONNECTICUT; DELAWARE; ILLINOIS; MAINE; MARYLAND; MASSACHUSETTS; MICHIGAN; MINNESOTA; NEVADA; NEW MEXICO; NEW YORK; NORTH CAROLINA; OREGON; JOSH SHAPIRO, in his official capacity as Governor of Pennsylvania; RHODE ISLAND; VERMONT; VIRGINIA; WASHINGTON

Amici Supporting Appellees

---

O R D E R

---

The City of New York, NYC Health + Hospitals, County of Santa Clara, California, Six Other Local Jurisdictions, and Economists and Scholars of Health Policy have filed amicus curiae briefs with the consent of the parties. The court accepts the briefs for filing.

California, New Jersey, Arizona, Colorado, Connecticut, Delaware, Illinois, Maine, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Mexico, New York, North Carolina, Oregon, Josh Shapiro, Rhode Island, Vermont, Virginia, and Washington have filed an amicus curiae brief. The court accepts the brief for filing.

Upon consideration of the motion to file an amicus curiae brief by National Health Law Program, Kenny Capps, Raven Bonniwell, Kiernan McGowan, Victoria Baggot, Jason Piperberg, Bainca Mahmood, Jacob Margolin, Nicholas Vaughan, Mariah Adeeko, Robert Wood Johnson Foundation, American Cancer Society, American Cancer Society Cancer Action Network, Blood Cancer United,

Legal Council for Health Justice, AiArthritis, American Lung Association, Families USA, Muscular Dystrophy Association, and National Multiple Schlerosis Society, the court grants the motion and accepts the amicus brief for filing.

Counsel for the City of New York, NYC Health + Hospitals, County of Santa Clara, California, and Six Other Local Jurisdictions is directed to file an appearance form within three days of the date of this order.

**Counsel for all amicus parties are directed to file four paper copies of the amicus curiae briefs within 7 days of this notice.**

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk