FILED: October 23, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-1938
(1:25-cv-02114-BAH)

---

CITY OF COLUMBUS; MAYOR AND CITY COUNCIL OF BALTIMORE; CITY OF CHICAGO; DOCTORS FOR AMERICA; MAIN STREET ALLIANCE

Plaintiffs - Appellees

and

BROOKE LEGLER

Intervenor

v.

ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the United States Department of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES; MEHMET C. OZ, in his official capacity as Administrator of the Centers for Medicare and Medicaid Services; CENTERS FOR MEDICARE & MEDICAID SERVICES

Defendants - Appellants

------------------------------

CITY OF NEW YORK; NYC HEALTH + HOSPITALS; COUNTY OF SANTA CLARA, CA; SIX OTHER LOCAL JURISDICTIONS; NATIONAL HEALTH

LAW PROGRAM; KENNY CAPPS; RAVEN BONNIWELL; KIERNAN MCGOWAN; VICTORIA BAGGOT; JASON PIPERBERG; BAINCA MAHMOOD; JACOB MARGOLIN; NICHOLAS VAUGHAN; MARIAH ADEEKO; ROBERT WOOD JOHNSON FOUNDATION; AMERICAN CANCER SOCIETY; AMERICAN CANCER SOCIETY CANCER ACTION NETWORK; BLOOD CANCER UNITED; LEGAL COUNCIL FOR HEALTH JUSTICE; AIARTHRITIS; AMERICAN LUNG ASSOCIATION; FAMILIES USA; MUSCULAR DYSTROPHY ASSOCIATION; NATIONAL MULTIPLE SCLEROSIS SOCIETY; ECONOMISTS AND SCHOLARS OF HEALTH POLICY; CALIFORNIA; NEW JERSEY; ARIZONA; COLORADO; CONNECTICUT; DELAWARE; ILLINOIS; MAINE; MARYLAND; MASSACHUSETTS; MICHIGAN; MINNESOTA; NEVADA; NEW MEXICO; NEW YORK; NORTH CAROLINA; OREGON; JOSH SHAPIRO, in his official capacity as Governor of Pennsylvania; RHODE ISLAND; VERMONT; VIRGINIA; WASHINGTON

Amici Supporting Appellees

---

O R D E R

---

Upon consideration of potential intervenor Brooke Legler's unopposed motion to intervene, the court grants the motion.

For the Court

/s/ Nwamaka Anowi, Clerk